Denise M. Rudasill
CA. Bar No. 179029
840 17th Street #212
San Diego, CA. 92101
(619) 339-2084
(dr2177@hotmail.com)

Attorney for Petitioner
Robert Lee Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE NELSON**, <br><br> Petitioner, <br><br> vs. <br><br> **JARED D. LOZANO, Warden, et al.** <br><br> Respondent. | Case No.:  2:19-cv-01618-MCE-DB <br><br> ~~PROPOSED~~ **ORDER** |

Good cause appearing, Petitioner is granted an extension of time to and including May 2, 2022, to file a Notice of Appeal.

DATED: March 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1